IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-14-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING EXTENSION OF TIME TO SELF-SURRENDER |
| GEORGE LOWRY WEEKS, | |
| Defendant. | |

Upon the Defendant's Opposed Motion for Extension of Time to Self-Surrender (Doc. 61), to allow additional time to tend to medical issues,

**IT IS HEREBY ORDERED** that the Motion (Doc. 61) is **DENIED.** On February 26, 2024 Judgment was entered sentencing the Defendant to seven (7) months custody followed with eighteen (18) months of supervised release. The nature of the Defendant's medical issues and time-line for addressing them seem to be everchanging. There must be certainty regarding the implementation of the judgment. Therefore,

**IT IS FURTHER ORDERED** that the Defendant, George Lowry Weeks, self-surrender to the United States Bureau of Prisons facility in Sandstone, Minnesota by **April 2, 2024.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 26th day of March, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE